Steven G. Rosales
Attorney at Law: 222224                                JS-6
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491

E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Walid Humidan

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| WALID HUMIDAN, | ) Case No.: 5:12-cv-01940-SP |
| | ) |
| | )   ORDER OF  DISMISSAL |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.
DATE: August 5, 2013

_/s/_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

DATE: July 29, 2013           Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING
/s/ *Steven G. Rosales*
BY:_____
Steven G. Rosales
Attorney for plaintiff Walid Humidan

-1-